**CRISTEA, K.**

v.

**·UCBR**

**1560 CD 2016**

Commonwealth Court of Pennsylvania.

06/14/2017·

Unemployment Compensation Board of Review, B–591767

Reversed

**RHONE, J**

v.

**OOR (DOC)**

**1690 CD 2016**

Commonwealth Court of Pennsylvania.

06/14/2017

Office of Open Records, AP 2016–1479

Affirmed

**PICKARD, T.**

v.

**PBPP**

**895 CD 2016**

Commonwealth Court of Pennsylvania.

06/15/2017

Board of Probation & Parole, Parole No. 748ET

Affirmed

**DESHIELDS, R.**

v.

**BENNETT, T.**

**1049 CD 2016**

Commonwealth Court of Pennsylvania.

06/20/2017

Greene County Civil Division, AD–466–2014

Affirmed